UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WENDY MARTIN, | ) | |
| | ) | Approved on 12/29/15. |
| Plaintiff, | ) | s/William T. Lawrence, Judge |
| | ) | Notice via ECF |
| v. | ) | Case No.: 1:14-cv-1460-WTL-DKL |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| MARION COUNTY | ) | |
| PROSECUTOR'S OFFICE, and | ) | |
| AUTORETURN INDIANA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate to the dismissal of this matter in its entirety, with prejudice. Each party shall be responsible for its own attorney's fees and costs.

Respectfully submitted,

s/Alex Beeman
Andrea L. Ciobanu (Atty. No. 28942-49)
Alex Beeman (Atty. No. 31222-49)
CIOBANU LAW, P.C.
8910 Purdue Road, Suite 240
Indianapolis, Indiana 46268
Telephone: (317) 495-1090
Facsimile: (866) 841-2071
E-mail: aciobanu@ciobanulaw.com.
E-mail: abeeman@ciobanulaw.com

s/Mark J. Crandley
Mark J. Crandley (Atty. No. 22321-53)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: 317-231-7236
Facsimile: 317-231-7433
E-mail: mcrandley@btlaw.com

s/Ameen R. Najjar
Ameen R. Najjar (Atty No. 16818-49)
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Facsimile: (317) 327-3968
E-mail: Ameen.Najjar@indy.gov